IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD CECIL MILAM, #186820, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-16-MHT |
| ) | [WO] |
| ) | |
| ARNOLD HOLT, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

There being no objections to the Recommendation of the Magistrate Judge filed on September 5, 2007 (Doc. #15), and after an independent review of the record; it is hereby ORDERED that:

1. That the Recommendation (Doc. #15) is ADOPTED; and

2. That this case, filed under 42 U.S.C. § 1983, is DISMISSED without prejudice for failure of the plaintiff to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) as ordered by this Court

DONE, this the 26th day of September, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE